UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO REY GOMEZ,<br><br>      Petitioner<br><br>      v.<br><br>W.L. MONTGOMERY,<br><br>      Respondent. | Case No. EDCV 15-2169-DSF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT the Petition is conditionally granted, and that Judgment is entered in Petitioner's favor, as follows:  Respondent shall release Petitioner within 90 days of the entry of Judgment unless the State of California issues an Amended Abstract of Judgment in San Bernardino County Superior Court Case No. FSB14849 reinstating the 518 days of conduct credits rescinded on April 24, 2014, and then recalculates Petitioner's release date and takes any appropriate and necessary action required as a result of that recalculated release date.

      9/1/16

DATE: _____ *Dale S. Fischer* \_\_\_\_

                                                             DALE S. FISCHER<br>
                                                              UNITED STATES DISTRICT JUDGE